U.S. COURTHOUSE
OFFICE OF THE CLERK: Hon: CHIEF JUDGE
OCTOBER 9, 2019

FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# CV19-8687-DOC (JC)

*by state laws 50% consolidated or merged*

YOUNG YIL JO, KUM NAM LEE,
KRYSTOF ZAWADZKI, Hui Chung Jo

PETITIONERS

V.

SIX UNKNOWN NAMES AGENTS OR
MR. PRESIDENT OF THE UNITED STATES
DONALD TRUMP AND DEP HUD, PROLAND
MANAGEMENT AND MAYOR MR. ERIC GARCETI
CITY OF LOS ANGELES CALIFORNIA AND
PRESBYTERIAN WILSHIRE CHURCH

RESPONDENTS

ATIONS BY LAW BY JURY TAX PAYERS

I WOULD LIKE PROPOSE TO REVIEWS

UNDER 42 USC 1983 A CIVIL RIGHTS ACTION

CHIEF JUSTICE: JOHN ROBERTS UNDER DUE

PAI PROCESS EQUAL RIGHTS NO DISCRIMINATES

MENTAL DAMAGES OR ILLEGAL FOR PRICE OR

NATIONAL ORIGIN THE WRIT OF CERTIORARI

THE WRIT OF ATTACHMENT GARNISHMENT OF *of each only 20%*

AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS

DOLLARS TO YOUNG YIL JO, KUM NAM LEE,

KRYSTOF ZAWARDZKI FOR EACH BECAUSE WE HAD

APPLIED LOW INCOME OR SECTION 8 FOR AID

APPARTMENT BUT DENYED NO EQUAL RIGHTS VIOL

50% LOS ANGELES 50% SEOUL KOREA

*Young Yil Jo*

PRO SE CLAIM BY YOUNG YIL JO #9345, KUM NAM LEE, KRYSTOF ZAWAD
ZKI FOR TAX PAYER OF EACH, ~~FOR~~ FOR EACH AMOUNT OF SAME *50% Reduced to 20%*

*a writs of Election*

cc, DEPARTMENT OF HUD
300 N LOS ANGELES ST #4054
LOS ANGELES CA 90012
213-894-80000

pPROLAND MANAGEMENT (2)
2510 W 7TH STREET
LOS ANGELES, CA 90057
213-783-8175

WILSHIRE PRESBYTERIAN CHURCH
300 S WESTERN AVE
LOS ANGELES CA 90084 2C

DATE:
MAY 13, 2019
*or July 9, 2019*

RECEIVED 10-7-19

YOUNG YIL JO 2629 W 8TH ST #301
LOS ANGELES CA 90057 AND

kum nam lee 213-909-5927
5155 MARATHON ST APT #106
LOS ANGELES CA 90038-$4020 AND

KRYSTOF ZAWADZKI 562-507-6716
360W OCEAN BLVD #304
LONG BEACH, CA 90802 FOR CITIZEN PAPERS

*"Promptly immediately determination" "For leave, equal. Properly. appropriate admission admitted" Aug 18, 2019.*

(3) SUBJECT: ADDITIONAL: METRO SUBWAY SYSTEM'S FEE'S OR FARE
IS 3 KINDS OF $1,75¢, 75¢, 35¢ BUT 35¢ IS AGED OR SICK
PERSONS BUT TIME LIMIT IS 10AM TO 3PM FOR WITHOUT RUSH
HOURS ONLY NO TIME LIMIT NO DISCRINATION IS AGAINST LAWS

(4) *Final decrees for the within Ten days by Jury.* 4/30/19

DATE: JUNE 10, 2019   ADDITNAL OTHERWISE: NO RESTRICTION NO DISCRIMINATION *Know or Condone*
IN THE CHURCH FOR FOOD PANTRY SERVICE BUT NO INTERFERING FOR EXCHANGE HABITUAL
FOR PRIVATE *rights, no any without notice for a Young Minister 6/10/19*

*[Left margin handwriting:] August 9, 2019, Final Judgment within Ten days for Five millions dollars cash only by victims, Properly, admitted, admission, Please, Today, for one time by state action*

*[Bottom left:] (3) no Cal Fresh program denied, reason for no citizenship papers this is no discrimination, equal rights violation under laws by old wilshire special office 2415 w 6th st Los Angeles, CA 90057-3123 for food stamp 6/27/19*

YOUNG YIL JO

KUM NAM LEE, Krystof Zawadzki

PETITIONERS

V.

SIX UNKNOWN NAMES AGENTS

OR MR. PRESIDENT OF THE

UNITED STATES DONALD TRUMP

AND DPT HUD, PROLAND MANAGEMENT

and Los angeles, CA. Mayor MR. Eric garceTi

RESPONDENTS

50% — Cease and desist order
— Consolidated — merged —

I WOULD LIKE PROPOSE TO REVIEW

UNDER 42 USC 1983 A CIVIL RIGHT

ACTION CHIEF JUSTICE: JOHN ROBERTS

UNDER DUE PROCESS EQUAL RIGHTS

NO DISCRIMINATION

MENTAL DAMAGES OR ILLEGAL FOR PRICE

OR NATIONAL ORIGIN

A WRIT OF CERTIORARI

A WRIT OF ATTACHMENT GARNISHMENT OF

$ 50% reduced

AMOUNT OF DAMAGES IS ONE HUNDRED MILLIONS DOLLARS TO YOUNG YIL JO

BECAUSE I HAD BEEN APPLIED LOW   Kum Nam Lee, Krystof Zawadzki, of each   INCOME OR SECTION 8 FOR AID APPARTMENT

BUT DENYED NO EQUAL RIGHT VIOLATION BY LAW BY JURY TAX PAYER

50% LOS ANGELES

50 % SEOUL KOREA

A PRO SE    A CLAIM BY YOUNG YIL JO #9345

Young Yil Jo

cc; DEPARTMENT OF HUD

300 N LOS ANGELES ST # 4054

LOS ANGELES, CA 90012

213-894-8000

PROLAND MANAGEMENT

2510 W 7TH STREET

LOS ANGELES, CA 90057

213-783-8175

2629 W 8TH STREET #301

LOS ANGELES CA 90057

AND KUM NAM LEE 213 909-5927

5155 MARATHON ST APT # 106

LOS ANGELES CA (90038-4020

and Krystof Zawadzki: 562-507-6716

360 W. Ocean Blvd #304

Long Beach, CA 90802

For citizenship papers

DATE:

Subject: Additional: Metro Subway system's Fee's or fare is 3 Kinds of $1.75¢. 75¢. 35¢ But 35¢ is aged or sick person's But Time limit is 10 AM to 3 PM for without Rush Hours only no time limit no discrimination against laws 4/30/19

United States District Court of Central Illinois
Office of the Clerk, Senior Judge: Hon. Harold A. Baker
August 31, 2012

**RECEIVED**
SEP - 4 2012
U.S. CLERK'S OFFICE
URBANA, IL

| | |
|---|---|
| Angelo Marrissette<br>a Petitioner | Under 42 USC 1983 civil rights action<br>with the writ of summons and complaint |
| V. | by Federal or the law of the State, a granted, a permitted<br>Chief Justice: John Roberts, Attorney General: Eric Holder |
| Six unknown names agents<br>or Mr President of the<br>United States Barack Obama<br>Respondents | Under Due Process, Equal Protection, en banc, a question, state no forged<br>a pleader is an entitled to relief for a review, writ of election<br>we granted certiorari and now reversed, amended, erra<br>a petition for a writ of review on a writ of certiorari to a writ of judgment granted |

an application by a party no discrimination his compensation terms conditions racial color religion sex or national origin no good time loss no misconduct freedom of First Amendment the rights of Fourth Fifth Eighth Eleventh and Fourteenth amendments nor searches and seizures nor cruel and unusual punishment inflicted and no excessive fine nor deprived life liberty property no deportation a claim for damages no witness testimony to obtain his conviction accused fraud false arrest no assume presumption innocence dismiss denied disregard not really dismiss no call him a witness no entrapment no enhancement sentence no conspiracy charge no ineffective assistance counsel not pled guilty by duress no waiver by custody expunge of criminal records by executive order for Mr President of the United States Barack Obama pardon no lawsuits by felony burglar robbery murder drug maker inadequate medical care need destitute terrible pain unhappy depress mental injured victims personal injured no refuse to treat brain tumor no return legal mail undelivered mail no restriction order no court fee by law service required to permitted accused no fee no sue any right American citizen card benefits welfare medicare full cover enough sufficient in a state comment attachment garnishment in equity an ownership amount of damages is one billion dollars to Angelo Marrissette 12697-026 deposit in the bank no tax later ration one hundred millions dollars donate to Pentagon, in equity relief pay in full within ten days served to Congress and Solicitor General an adopted appointed approved admission a granted entitled entitled an end a result or one to five years Treasury notes secured no forged a most claim authorized proper reasonable match more required to amendment motion for summary judgment injunctive relief himself alone suffices a pro se a conclusion public publication terminate today a final determination the judgment now reversed and remanded no delay fraud nepal conscience fair current writ of mandamus writ of judgment no continue fraud no confined in prison Eighth Amendment violation an establish a speedy appropriate a legislative a rehearing a reconsideration a claimant possess promptly an individual personally one vote remedy end of next day immediately determination immediately release by Supreme Court of the United States Equal Rights amendments required property in equity sequestration no treaty writ of habeas corpus writ of reviw writ of return writ of replevin by jury of receipt discharge constructive

a prayer. a most state a claim for Angelo Marrissette 12697-026 a Pro Se, a Petitioner
The name of required by jury
an interest rate allowed by law. In cases at the same rate granted in the most know of possession
equitable ownership becomes legal ownership equitable estate and is entitled to possession enforced in equity uniform a remedy commensurate concurrent a ownership adopted similar timely remedy for the same facts no intentionally fraud a suit in equity to compel to other fund to obtain final determination to the title no legal force no force him to sign the paper and by jury. For new concurrent subsequent

Andrew Suh
B72067
2600 N. Brinton Ave
Dixon, IL 61021
Pro Se

Andrew Suh
A petitioner
v.
Six unknown names agents
Or Mr president of the
United States Barack Obama
Respondents
OR Donald Trump
MR. President of U.S.

Supreme Court of the United States
Office of the Clerk: Hon Chief Justice: John Roberts
November 1, 2018

Social Security
The least minimum
Tax payer, resale to 10%
Social Security

I would like to propose Review
Under 42 usc 1983 a civil rights action own solely Five yearly payments with a writ of summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due processoqual rights en banc pass a resolution a pleader injury entitled to redress required attained confirmed a petition for a writ of certiorari and a ~~appeal~~ of a review of his conviction and a remanded a decision a recover on a theory persist insist firmly for injury equal rights sooner? innocent Taxpayer not cruel custody in prisons ~~Plus triple~~ damages or illegal discrimination include price by jury trial Entering ~~judgment one lump sum~~ a limit one

An adopted in full a proper a writ of ~~execution garnishment~~ a petition for reconsider a foreign state an application by a party to a determination naturalize a reasonable amount total real to redress a prompt pay in full within ten days pay duties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garnishment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to Andrew Suh B72067, innocent Deposit in the bank ~~as taxpayer~~ an equity pay in full within ten days for a determination a motion to ~~vacate~~ a judgment of his conviction and a remanded one to ~~his payment~~ treasury noted for a determination a selected by supreme court of the united states or Mr. president of the united states Barack Obama ~~a privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required real obtain secure exact realized attained confirmed solely own by jury trial of receipt immediately a disposition a settlement an earlier an amended a properly a valid ~~adequately~~ a petition for rehearing an order a policy a rule a qualification a reinstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for ~~summary judgment settlement agreement~~

If % Donate to Pentagon

a a
a prayer a claim by Andrew Suh B72067 a
name of a pro se ~~recess~~ required
party

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a petition for a writ of habeas corpus a decision in habeas corpus a case cases claims a key a ~~default~~ once a claim for relief to more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of rights a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an immediately determination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc d. f. conclusion of suit in other proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption no racial discrimination in good faith ~~good conscience~~ unnecessary delay unconstitutional detention torture an innocent families in America reside in America no deportation no attempt or conspiracy charged no alleged misconduct an appropriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for panel reconsider ~~grant~~ a redress required a classes actions 30 days deadline guarantee ~~denials top payments for fees in as dollars~~ a stay by jury prompt jurisdiction grounds motions issues parties pleadings amendments claim for relief enough pleader is entitled to relief ~~a dismiss~~ adopted all others pleadings same pleadings result matters all parties raise others relief may ~~dismiss~~ equal protection all other amendments a party a party may amend same remedies by democratic ~~remains continue~~ guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief by jury in immediately and immediately release from custody under Constitution innocent

I had two hundreds years murder crime sentenced this is 8th Amendment violation unconstitutional also an inmate confined in an institution and room search for illegal a petition for a writ of certiorari to a writ of review immediately a review to a writ of judgment ~~for~~ conviction by U.S. Supreme Court or 3 judges immediately for unconstitutional no more discriminate sentence innocent ~~...~~ by jury consideration no infringe custody sanctions an important federal question an important matter no 200 years sentenced immediately release by jury, 28 USC 1746 1915.H. Injunction at any time. Decrees rendered, knew of, condoned. Amicus Curiae

Bona Fide purchaser
Innocent purchaser
in good faith purchaser
conveyance

Andrew Suh
B 72067
2600 N. BRINTON AVE
Dixon, IL 61021

# A NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT
## FOR THE
## Eastern DISTRICT OF California

Andrew SuH

A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
or Donald Trump
MR president of U.S.

A NOTICE OF APPEAL

DOCKET NO;

NOTICE IS HEREBY GIVEN THAT Andrew SuH B 72067
PARTY   Supreme Court U.S.
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE   CIRCUIT describe it ENTERED IN THIS ACTION ON THE  1  DAY OF November, 2018 P
For admission a Judgment of conviction is acquitted set aside by
a Jury admitted within Ten days
28 USC 1915 g. H.
Decrees Rendered under Constitution
Social Security

name of
SIGNATURE

Andrew SuH
PRINTED NAME

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH GOOD CONCIENCE
AN APPEAL

ADDRESS;

DATE: November 1, 2018

PROLAND MANAGEMENT
2510 W. 7TH STREET
LOS ANGELES, CA 90057
(310) ???-????

LOS ANGELES
CA 900
30 OCT '18
PM 13 1

To: Jo, Young-Hee
2629 W 8th St. #301
Los Angeles, CA 90057

90057-387476

02 1P
0001985309
MAILED FROM ZIP CODE 90057
UNITED STATES POSTAGE
$ 000.47⁰
OCT 29 2018
PITNEY BOWES

## Notice – Application Rejection Section 8

Date: 10-29-18

| Property Name: | | Telephone: | |
| --- | --- | --- | --- |
| Address: | | Fax: | |
| Address 2: | | TTD/TTY: | 711 National Voice Relay |
| Property Web Site | | Email | |

TO:

| Name: | Jo, Young Yil | # 9345 |
| --- | --- | --- |
| Address: | 2629 W 8th St. # 301 | |
| City, State, Zip | Los Angeles, CA 90057 | |

Response required by: 11-5-18

Dear: Jo, Young Yil

We would like to take this opportunity to thank you for your interest in our community. However, we regret to inform you that your application has been denied for the reason(s) marked below:

☐ The application is not complete or documents are missing

☐ Record of eviction, for lease violations, from any property managed by ____

☐ Record of eviction, for lease violations, from any property within the last three years

☐ Outstanding balances owed to prior landlords

☐ Outstanding balances owed to utility providers

☐ No unit of the appropriate size exists on the property

☐ Failure to meet the HUD indicated eligibility requirements for the assistance program/property

☐ Failure to provide adequate documentation to verify the Social Security Number for a household member who is not exempt from the SSN disclosure requirements

☒ Failure to provide required information related to citizenship or non-citizen eligibility

☐ Failure to meet the applicant screening requirements
　　☐ Criminal History
　　☐ Landlord History
　　☐ Credit History

*We regret to inform you that your application has been declined. This action was in whole or in part the result of information contained in a credit report. This report was supplied by*

　　credit provider
credit provider address,
credit provider address,
1-800- credit provider 800 number.
　　477-5977

*You have a right to obtain a free copy of a report by making a written request to the credit provider indicated above within 60 days of your receipt of this letter. You also have a right to dispute the accuracy or completeness of any consumer report furnished by them.*



Page 1 of 3

revised 11/2013

## Notice – Application Rejection Section 8

☐ Refusal to sign appropriate verification documents
☐ Misrepresentation
☐ Fraud
☐ Failure to respond to management inquiries for additional information
☐ Failure to respond to management inquiries while on the waiting list
☐ Failure to provide information about changes to the household or household members
☐ Inability to contact the applicant via US Mail (letters undeliverable or returned) and/or by phone (number disconnected or changed)
☐ Inability to pay the first month's rent
☐ Inability to pay the security deposit
☐ Inability to establish utilities in the unit
☐ Owing prior landlords
☐ Refusal of two unit offers

☐ Other _____

If you disagree with this determination, you may request a meeting to discuss/appeal the rejection. Reasons to appeal include:

- You believe the decision has been made in error
- You believe there are extenuating circumstances that should be considered
- You or a member of your household is a victim of abuse covered by the Violence Against Women Act and you feel your status as a victim contributes to the decision to deny – You will be required to complete and submit HUD Form 91066 to certify status as a victim
- You or a member of your household is a person with a disability, and you believe a reasonable accommodation would allow us to continue processing the application
- Your household was rejected because the application includes someone who is a registered sex offender and you wish to remove that household member

You must make the request to appeal the denial in writing by the response date indicated above, which is fourteen (14) calendar days from today's date. The owner/agent will accept the request in an equally effective manner, as a reasonable accommodation, if there is the presence of a disability. Such requests are to be submitted to the property management office. If we do not receive a written request from you within fourteen (14) days, the rejection will be considered final.

Any staff person engaged in the initial review will not be involved in the appeal. You may bring a representative of your choice to assist you in the appeal meeting. You have the right to request a reasonable accommodation to:

- Assist in facilitating your request for appeal
- To assist in your participation during the appeal meeting

HUD requires that we provide you with a final decision within five (5) business days of the meeting.



## Notice – Application Rejection Section 8

If you are disabled or have difficulty understanding English, please request our assistance and we ensure that you are provided with meaningful access based on your individual needs.

Your response to this letter does not preclude you from exercising other avenues available if you believe that you are being discriminated against on the basis of race, color, religion, sex, national-origin, familial status, or handicap.

If you are disabled or have difficulty understanding English, please request our assistance and we ensure that you are provided with meaningful access based on your individual needs.

(Si se desactivan o tienen dificultad para entender el inglés, por favor solicite nuestra ayuda y nos aseguramos de que le proporciona un acceso significativo basado en sus necesidades individuales.)

_____
Signature of Manager
cc: Applicant File

---

The owner/agent does not discriminate on the basis of disability status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.
The person named below has been designated to coordinate compliance with the nondiscrimination requirements contained in the Department of Housing and Urban Development's regulations Implementing Section 504 (24 CFR, part 8 dated June 2, 1988).

Name PROLAND MANAGEMENT
Address 2510 W. 7TH STREET
City LOS ANGELES  State CA  Zip 90057
Telephone - Voice
Telephone - TTY  213 - 738 - 8175

See HUD Handbook 4350.3 Revision 1, Paragraph 2-29-c-3 & 4 for information about the requirements to include this information



# SUPPLEMENTAL RESOURCE GUIDE

**Los Angeles Housing Department**
*Garland Center*
1200 W. 7th Street #100
Los Angeles, CA 90017
Phone: (213) 275-3493
http://hcidla.lacity.org/

**Social Security Office**
611 W. 6th Street #650
Los Angeles, CA 90017
Phone: (800) 772-1213
www.ssa.gov

**Department of HUD**
300 N. Los Angeles St. #4054
Los Angeles, CA 90012
Phone: (213) 894-8000
www.hud.gov

**Legal Aid Foundation of Los Angeles**
634 S. Spring St. Suite 400A
Los Angeles, CA 90014
Phone: (800) 399-4529
https://lafla.org/

**Housing Opportunities for Persons with Aids (HOPWA)**
1200 W. 7th Street, 9th Floor
Los Angeles, CA 90017
Phone: (213) 808-8805
www.hudexchange.info/programs/hopwa/

**Rent Stabilization**
(866) 557-RENT

**Fair Housing Hotline**
(800) 477-5977



Properly admitted.

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVIC
010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

YOUNG Y JO
2629 W 8TH ST APT 301
LOS ANGELES, CA 90057-3874

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY  CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

Date: 08/01/2019
Case Name: YOUNG JO
Case Number: LA15530
Worker Name: Grisel Esquivel
Worker ID: 19DP101W3A
Worker Phone Number: (213) 336-2203
Customer ID: 401-076-5827

# REQUEST FOR VERIFICATION FORM

010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

YOUNG Y JO
2629 W 8TH ST APT 301
LOS ANGELES, CA 90057-3874

You have asked for: ☐ CalWORKs (CW)  ☐ Refugee Cash Assistance (RCA)  ☒ CalFresh (CF)  ☐ Medi-Cal (MC)
☐ General Relief (GR/GA)  ☐ Cash Assistance For Immigrants (CAPI)
☐ You have an appointment on _____ at _____ to see an Eligibility Worker at:

District Name and Address
010 Wilshire Special Office
2415 W 6TH ST
LOS ANGELES, CA 90057-3123

☒ We need proof from you to see if you can get (or keep getting) cash aid or other benefits. We have listed the information we need below.
We will not deny or end your benefits as long as you try to get the proof and tell us if you are having problems.

| Due Date | Item # | Item | Person | Program | Check (√) the box that applies to you |
|---|---|---|---|---|---|
| 08/12/2019 | 1 | Social Security Income | Young Jo | ☐ CW | ☐ I don't have the proof |
| 08/12/2019 | 2 | ID | Hui Jo | | ☐ I tried but can't get the proof |
| | 3 | Citizenship verfication | Hui Jo | ☐ RCA | ☐ I know somebody who can verify this information |
| | 4 | SSN verification | Hui Jo | ☒ CF | ☐ I have filled out the Release form to get help |
| | | | | ☐ MC | |
| | | | | ☐ GR/GA | |
| | | | | ☐ CAPI | |

We have listed types of proof on the back of this form. Sometimes we can accept other proof. Call the county if you have questions on whether another type of proof you have will be acceptable.
Tell your worker or call the county if you are having problems getting the proof. We can help you try to get the proof.
- Give us whatever proof you do have.
- Check the box that applies to you for what you can't get, and turn this form in or call the county before the date the proof is due.
- If you need the county to help get the proof, fill out the "Authorization for Release of Information" form and return it to the county.
- **For CalWORKs only:** If there is a cost to get the proof, the county can pay the fee for you.
- If proof does not exist, you may be able to sign a sworn statement instead. (A sworn statement is only allowed for certain types of proof.)
- **For CalFresh only:** If you cannot get proof someone outside of your household who knows the information (collateral contact) may be contacted by the county. (A collateral contact is only allowed for certain types of proof).

If we do not get the proof or hear from you by the due dates listed above, we may have to deny, lower, or stop your benefits.
You can get a receipt or confirmation for any documents you turn in to us. For your records, keep a copy of this form and any proof you mail us.

CW 2200 (02/14) REQUIRED FORM - SUBSTITUTES PERMITTED

Young Gibso
1932 E. Washington Blvd
Pasadena, CA 91104

Legal Mail

U.S. Courthouse
Office of the clerk
255 E. Temple Street #180
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT -7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY